*Bedle and ux.* v. *Willett.*

BY THE COURT. The notice of a motion to refer must contain the names of the referees. The court never nominates them. But the making the motion is not confined to the first day of term : notice may be given afterwards, on showing a reasonable cause for the omission.

*Edmund Seaman* v. *John Davenport and others,* *tenants in possession.*

IN partition, after service of the petition and notice, *Hopkins* moved for a rule to appear and answer. The court at first thought this a rule of course ; but on the counsel's observing, that proof of service was by the act required to be made to the satisfaction of the court, and that the manner of the service would, according to the act, vary in particular cases, the court seemed to coincide, but said that the rule must be drawn up as the party should be advised.

*John B. Church* v. *the United Insurance Company.*

THE plaintiff had obtained, in last *January* term, an order of court for the verdict recovered in this cause to stand, and judgment to be given accordingly, unless the defendant should, fourteen days before the next " *sittings*" in *New-York*, give notice to the plaintiff that a commission issued in the suit had been returned, in which case there should be a new trial, and the plaintiff at liberty to amend, &c. The clerk had drawn up the rule before the next " *circuit.*"